JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRASSERIE DE TAHITI, a Tahitian corporation,<br><br>             Plaintiff,<br><br>v.<br><br>OCEANDLESS DESIGNS INC., a California corporation; AJALANI MAKAENA, an individual; OCEANDLESS DESIGNS, LLC, a dissolved California limited liability company; and DOES 1 to 10,<br><br>             Defendants. | Case No. 2:22-cv-03363-RGK-GJS<br><br>**ORDER RE: STIPULATION FOR CONDITIONAL DISMISSAL WITHOUT PREJUDICE [78]**<br><br>Judge:     Hon. R. Gary Klaussner<br>Trial:     June 20, 2023<br>Time:     9:00 a.m.<br>Location: Roybal Federal Building<br>            255 East Temple Street<br>            Los Angeles, CA 90012<br>            8th Floor<br>            Courtroom 850<br><br>**Complaint Filed:  May 18, 2022** |

Pursuant to the Stipulation for Conditional Dismissal entered into by Plaintiff Brasserie de Tahiti and Defendants Oceandless Designs Inc., Ajalani Makaena, and Oceandless Designs, LLC, and filed on May 5, 2023 [78], the above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court shall retain jurisdiction to enforce that certain settlement agreement dated as of April 21, 2022 between, on the one hand, Plaintiff Brasserie de Tahiti and, on the other hand, Defendants Oceandless Designs Inc., Ajalani Makaena, and Oceandless Designs, LLC.  The Clerk of Court is respectfully directed to close this case.

   IT IS SO ORDERED.

Date:  May 5, 2023

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE